**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| IN RE: **JOSE ANIBAL TIRADO VAZQUEZ** | CASE NO: **17-03750-ESL** |
|---|---|
| Debtor(s) | Chapter 13 |

**TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325**

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**   Paid Pre-Petition: **$132.00**   Outstanding (Through the Plan): **$2,868.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

Debtor(s) Income is (are) ☐ Under  ☑ Above Median Income     Liquidation Value: $$0.00

Commitment Period is  ☐ 36 months  ☑ 60 months §1325(b)(1)(B)    General Unsecured Pool: $9,957.60

With respect to the (amended) Plan date: May 30, 2017 (Dkt 2)    Plan Base: $15,000.00

The Trustee:  ☑ **DOES NOT OBJECT**  ☐ **OBJECTS** Plan Confirmation  Gen. Uns. Approx. Dist.: 21 %

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.          Date: December 18, 2017
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

/s/ Alexandra Rodriguez, Esq.

Last Docket Verified: 16   Last Claim Verified: 5   CMC: RC