**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE** | **CASE NO. 17-03750-ESL** |
| **JOSE A TIRADO VAZQUEZ** | **CHAPTER: 13** |
| **DEBTOR(S)** | |

### SUR-REPLY TO DEBTORS REPLY TO MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.**, Movant herein, through the undersigned attorney and very respectfully Alleges and Prays:

1. On **January 30, 2018** Movant filed a motion requesting dismissal of the case due to the fact that debtor failed to renew their annual insurance policy for the motor vehicle.

2. On **February 12, 2018** Debtor's filed a reply stating that they renewed the insurance policy required by the Movant and presented a certificate of insurance. However, debtor failed to provide a certificate of payment regarding said insurance policy.

3. As of today's date, Movant has not received the evidence necessary to deem that the insurance was effectively renewed.

**WHEREFORE,** Movant respectfully prays this Court to enter an order compelling debtor to provide a certificate of payment for the insurance policy that was submitted by debtor with their reply to Movant's motion requesting dismissal.

### CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **JOSE R. CARRION,** Trustee and **ROBERTO FIGUEROA CARRASQUILLO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **JOSE A TIRADO VAZQUEZ, URB ALTOS DE LA FUENTE C7 1ST ST CAGUAS, PR 00727** and to all non CM/ECF participants interested as per mailing list which is hereby included.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 21st day of FEBRUARY, 2018.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QURMTDDR.doc