IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE  * 

JOSE ANIBAL TIRADO VAZQUEZ  *  CASE NO. 17-03750/ESL

*  CHAPTER 13

*

DEBTOR

## DEBTOR'S INFORMATIVE MOTION
## RE: TRUSTEE'S REQUEST ENTRY OF ORDER, DOCKET NO. 42

TO THE HONORABLE COURT:

**NOW COMES, JOSE ANIBAL TIRADO VAZQUEZ,** the Debtor, through the undersigned attorney, and very respectfully state and prays as follow:

1. The Chapter 13 Trustee filed a *Trustee's Request Entry of Order,* Docket No. 42, requesting the Court to Order the Debtor to provide copy of the Debtor's 2017, 2018, 2019 and 2020 tax returns.

2. The Debtor hereby informs this Honorable Court that on September 29, 2021, the Debtor sent to the Chapter 13 Trustee (up-loaded to Trustee's system) a copy of the Debtor's 2017, 2018, 2019 and 2020 tax returns.

4. Based on the above stated, the Debtor respectfully requests that this Honorable Court be informed of the aforegoing and grant the present motion in reply to the *Tustee's Request Entry of Order*, Docket No. 42, in the above captioned case.

**WHEREFORE,** the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in Reply to the *Trustee's Request Entry of Order,* Docket No. 42, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants, including the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor, Jose Anibal Tirado Vazquez, to the address of record: C-7 St Urb Altos de la Fuente, Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of September, 2021.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com