IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 17-03750-ESL13 |
|---|---|
| JOSE ANIBAL TIRADO VAZQUEZ | Chapter 13 |
| xx-xx-1994 | |
| Debtor | FILED & ENTERED ON OCT/13/2021 |

ORDER

    Chapter 13 Trustee's position to Debtor's informative motion and requesting entry of order for Debtor to tender the amount of $16,270.00 as per the terms of the Confirmed plan and explain why he failed to inform his increase in income and maximize disbursement to unsecured creditors (docket #44) is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 13 day of October, 2021.

*Enrique S. Lamoutte*
United States Bankruptcy Judge