IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17-03750-ESL13 |
| JOSE ANIBAL TIRADO VAZQUEZ | Chapter 13 |
| xx-xx-1994 | |
| Debtor | FILED & ENTERED ON NOV/05/2021 |

ORDER

Debtor's motion informing compliance of order dated 10/13/2021 (docket #50) is hereby granted.

The chapter 13 trustee shall state his position regarding the information disclosed by the debtor and shall also file a report regarding the motion for post-confirmation modification filed on November 1, 2021 (docket #48) within 21 days from entry of this order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5 day of November, 2021.

Enrique S. Lamoutte
United States Bankruptcy Judge